Honorable John Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY KONDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-01320<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

Considering the parties' Stipulated Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 11), the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer Plaintiff's Complaint is extended to and including October 19, 2021. Plaintiff does not stipulate to extension for Defendant to file a motion pursuant to FRCP 12. The parties shall provide the Court with a brief report of steps undertaken as part of its good faith consideration of early resolution of this matter.

//

//

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER - 1
(CASE NO. 2:21-CV-01320)

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

IT IS SO ORDERED.

DATED this 6th day of October 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER - 2
(CASE NO. 2:21-CV-01320)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

*Presented by*:

Lauren Parris Watts
Seyfarth Shaw LLP
999 3rd Avenue, Suite 4700
Seattle, WA 98104
P: (206) 946-4910
lpwatts@seyfarth.com

*Approved as to form*:

John G. Barton
The Barton Law Firm
1567 Highlands Dr. NE, Suite 110-34
Issaquah, WA 98029
P: (425) 243-7960
thebartonlawfirm@gmail.com

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER - 3
(CASE NO. 2:21-CV-01320)

Seyfarth Shaw LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910