# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY KONDA,<br><br>                    Plaintiff(s),<br>    v.<br><br>UNITED AIRLINES, INC.,<br><br>                    Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C21-1320-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant United Airlines, Inc.'s motion for summary judgment on all claims is GRANTED.

Dated November 21, 2023.

Ravi Subramanian
Clerk of Court


*/s/ Serge Bodnarchuk*
Deputy Clerk
